CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NEAL C. HONG (ILBN 6309265)
Assistant United States Attorney

    60 S. Market, Suite 1200
    San Jose, California 95113
    Telephone: (408) 535-5081
    neal.hong@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 26-CR-00051-PCP |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT AND [PROPOSED] ORDER |
| v. | |
| WILLIAM HUYNH, a/k/a, "Billy Tuan-Con Huynh," | |
| Defendant. | |

Currently, there is a status conference scheduled for April 22, 2026.  The Government has produced discovery to Defendant.  Counsel for Defendant is reviewing this discovery and is also investigating certain matters to effectively prepare Defendant's case.  Accordingly, the parties respectfully request that the Court continue the status conference scheduled for April 22, 2026, to June 24, 2026.

The parties stipulate and agree that excluding time until June 24, 2026, will allow for the effective preparation and continuity of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from April 7, 2026, to June 24, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and

1

Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO STIPULATED                    CRAIG H. MISSAKIAN
                                       United States Attorney


Dated: April 13, 2026                  /s/ Neal Hong
                                       NEAL C. HONG
                                       Assistant United States Attorney



                                       /s/ Daniel Barton
                                       DANIEL BARTON
                                       Counsel for Defendant

2

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, and for good cause shown, the Court hereby continues the status conference to June 24, 2026, and excludes time under the Speedy Trial Act from April 22, 2026, to June 24, 2026.  The Court finds that failing to exclude the time from April 22, 2026, to June 24, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 22, 2026, to June 24, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 22, 2026, to June 24, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.


DATED: ___April 14, 2026___


_____
HON. P. CASEY PITTS
United States District Judge

3